```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
RICHARD MASSIE,                          :
                                         :
              Plaintiff,                 :      06 Civ. 12905 (JSR)
                                         :
         -v-                             :      ORDER
                                         :
METROPOLITAN MUSEUM OF ART,              :
                                         :
              Defendant.                 :
---------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/10

JED S. RAKOFF, U.S.D.J.

On August 17, 2010, the Honorable Michael H. Dolinger, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court grant defendant's motion for summary judgment on plaintiff's remaining claim for retaliation in violation of Title VII of the Civil Rights Act. Subsequently, on September 7, 2010, plaintiff submitted objections to the Report and Recommendation, to which defendant responded on September 22, 2010. Accordingly, the Court has reviewed the motion and the underlying record *de novo*.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Dolinger's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court grants defendant's motion for summary judgment. Clerk to enter judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 25, 2010